

# NUMBER 13-19-00615-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

STALLION PRODUCTION SERVICES, L.P.,                    Appellant,

v.

LLOYD KULIK,                                                             Appellee.

## On appeal from the 24th District Court
## of DeWitt County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Memorandum Opinion by Justice Perkes**

Appellant Stallion Production Services, L.P. perfected an appeal from a judgment entered by the 24th District Court of DeWitt County, Texas, in trial court cause number 17-04-24,142.

Appellant and appellee Lloyd Kulik have now filed a joint motion to vacate and remand pursuant to settlement. The motion states the parties have "pursued negotiations" and "executed final settlement papers" with regard to the disposition of the matters currently on appeal. The parties request that this Court vacate the trial court's judgment without regards to the merits, remand this case to the trial court for rendition of a judgment in accordance with the agreement of the parties, and discharge the surety from liability under the supersedeas bond filed in trial court. The parties' motion complies with Texas Rule of Appellate Procedure 42.1. *See* Tex. R. App. P. 42.1(a)(2).

Accordingly, the parties' joint motion is GRANTED. We hereby VACATE the trial court's judgment without regard to the merits, DISMISS this appeal, and REMAND the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.* R. 42.1(a)(2)(B), 43.2(e). The supersedeas bond filed by Western Surety Company is released and all obligations thereon are discharged. Further, in accordance with the agreement of the parties, costs are taxed against the party incurring same. *See id.* R. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GREGORY T. PERKES
Justice

Delivered and filed the
10th day of December, 2020.

2